DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH I. BAILYNSON,**
Appellant,

v.

**KERRI LYNN MERRICK,**
Appellee.

No. 4D22-1271

[March 1, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502019DR006913XXXXNB.

Craig A. Boudreau of Law Office of Craig A. Boudreau, West Palm Beach, for appellant.

No appearance filed for appellee.

PER CURIAM.

We affirm the circuit court's order dismissing the father's amended supplemental petition for modification of the final paternity judgment. Our affirmance is without prejudice to the father setting a hearing before the circuit court on his pending motion for contempt. We take no position on whether that motion has merit.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***